# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Melissa S. Hsieh     Direct Dial: 404-881-7371     E-mail: melissa.hsieh@alston.com

September 3, 2010

*VIA UPS NEXT DAY DELIVERY*

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

       Re:    *Sandra Nolasco v. The Paradies Shops, Inc. and Does 1 through 50, inclusive*, Case No. 3:10-cv-02473-JCS

Dear Judge Spero:

      Pursuant to and in accordance with Civil L.R. 16-10(a) and the Civil Standing Orders for Magistrate Judge Joseph C. Spero, Defendant The Paradies Shops, Inc. ("Paradies" or "Company") hereby respectfully requests leave of court to appear by telephone at the Initial Case Management Conference ("Conference") in the above-referenced action on Friday, September 10, 2010 at 1:30 p.m. Christopher C. Marquardt and Melissa S. Hsieh, the attorneys who will be representing Paradies at the Conference, are located in Atlanta, Georgia. Thus, to avoid undue hardship and additional costs for the Company, Paradies requests that Mr. Marquardt and Ms. Hsieh be allowed to participate in the Conference via telephone. The direct dial number where they can be reached for the Conference is (404) 881-7827.

      Should you have any questions regarding the foregoing, please contact Melissa S. Hsieh at (404) 881-7371.

                                                           Sincerely,

                                                            Melissa S. Hsieh

**IT IS SO ORDERED**
Dated: 9/7/10
Judge Joseph C. Spero

MSH:msh
cc:    Oliver R. Gutierrez, Esq.
       Christopher C. Marquardt, Esq.
       Randall L. Allen, Esq.
LEGAL02/32156350v1