Oliver R. Gutierrez, Esq. (SBN 218696)
LAW OFFICES OF OLIVER R. GUTIERREZ
The Fitzpatrick Building
2000 Broadway
Redwood City, CA 94063
Telephone: (650) 483-4771
Facsimile: (650) 648-0454
oliver@olivergutierrezlaw.com

Attorney for Plaintiff
SANDRA NOLASCO


Randall L. Allen (SBN 264067)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
randall.allen@alston.com

Christopher C. Marquardt (*Pro Hac Vice*)
Melissa S. Hsieh (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
chris.marquardt@alston.com
melissa.hsieh@alston.com
Attorneys for Defendant The Paradies Shops, Inc.

Attorneys for Defendant
THE PARADIES SHOPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA NOLASCO,<br><br>          Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 3:10-cv-02473-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
STIPULATION OF DISMISSAL WITH PREJUDICE

# JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff SANDRA NOLASCO and Defendant THE PARADIES SHOPS, INC. hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), and other applicable law, all claims set forth by Plaintiff Nolasco in the above-styled action are hereby **dismissed with prejudice**, each side to bear its own costs and attorneys fees.

Respectfully submitted by:

DATED: October 29, 2010        LAW OFFICES OF OLIVER R. GUTIERREZ

                               By: ___/s/ Oliver R. Gutierrez___
                                        Oliver R. Gutierrez

                               Attorney for Plaintiff
                               SANDRA NOLASCO

DATED: October 29, 2010        ALSTON & BIRD LLP

                               By: ___/s/ Christopher C. Marquardt___
                                        Christopher C. Marquardt

                               Attorney for Defendant
                               THE PARADIES SHOPS, INC.

Dated: November 1, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**

LEGAL02/32251056v1